**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| ANTHONY M. DUNAWAY, SR., | : | Case No. 3:26-cv-33 |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| HELEN WALLACE, *et al.,* | : | |
| | : | |
| Defendants. | : | |
| | : | |

---

**ORDER**

---

This matter is before the Court upon *pro se* Plaintiff's Motion for Extension of Time to File Objections.  (Doc. #4).  Plaintiff requests that the Court grant an extension of forty-five days to file objections to the May 18, 2026 Report and Recommendation.  *Id.*

Plaintiff's Motion for Extension of Time to File Objections (Doc. #4) is hereby **GRANTED**.  Plaintiff's objections to the May 18, 2026 Report and Recommendation (Doc. #2) are due on or before **July 16, 2026**.

**IT IS SO ORDERED.**

May 28, 2026

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge