IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ANTHONY M. DUNAWAY, SR.,

Plaintiff, Case No. 3:26-cv-33

v.

HELEN WALLACE, *et al.*, District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

Defendants.

---

**ORDER: (1) OVERRULING *PRO SE* PLAINTIFF'S OBJECTIONS (Doc. No. 7); (2) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 2); (3) DISMISSING THIS CASE WITHOUT PREJUDICE; (4) CERTIFYING THAT ANY APPEAL OF THIS ORDER WOULD NOT BE TAKEN IN GOOD FAITH; (5) DENYING PLAINTIFF LEAVE TO APPEAL *IN FORMA PAUPERIS*; (6) DENYING AS MOOT PLAINTIFF'S MOTION TO OBTAIN ELECTRONIC CASE FILING RIGHTS (Doc. No. 8); AND (7) TERMINATING THIS CASE ON THE DOCKET**

---

Plaintiff brings this case, *pro se*, under 42 U.S.C. § 1983, alleging Defendants violated his constitutional rights. Doc. No. 1-1 at PageID 5–9. The case is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Peter Silvain (Doc. No. 2), to whom this case was referred pursuant to 28 U.S.C. § 636(b). Judge Silvain recommends Plaintiff's complaint be dismissed and the Court certify that any appeal of this Order would not be taken in good faith. Doc. No. 2 at PageID 17. Plaintiff filed objections to the R&R. *See* Doc. No. 7. Plaintiff also filed a motion to obtain electronic case filing rights. Doc. No. 8.

The Court has reviewed the comprehensive findings of Judge Silvain and considered all filings in this matter. Liberally construing Petitioner's *pro se* filings in his favor, *see Estelle v. Gamble*, 429 U.S. 97, 106 (1976), the Court concludes that the R&R is well-reasoned, cogently written, and not "clearly erroneous or … contrary to law." 28 U.S.C. § 636(b)(1)(A).

Accordingly, the Court hereby **OVERRULES** Plaintiff's objections to the R&R; **ADOPTS** the R&R; and **DISMISSES** Plaintiff's complaint **WITHOUT PREJUDICE**.[1] The Court further **DENIES AS MOOT** Plaintiff's motion to obtain electronic case filing rights. Finally, the Court **CERTIFIES** that any appeal of this Order would not be taken in good faith, *see McGore v. Wrigglesworth*, 114 F.3d 601, 610–11 (6th Cir. 1997), and accordingly **DENIES** Plaintiff leave to appeal *in forma pauperis*. This case is **TERMINATED** on the docket.

**IT IS SO ORDERED.**

November 4, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge

[1] Judge Silvain recommends that the Court dismiss Plaintiff's complaint on jurisdictional grounds in accordance with the *Rooker-Feldman* doctrine. Doc. No. 2 at PageID 15–16. Accordingly, the Court dismisses his complaint without prejudice. *See Pancake v. McCowan*, Nos. 02-3537, 02-3594, 2003 WL 2007943, at *1 (6th Cir. Apr. 30, 2003) (affirming district court order dismissing claim without prejudice on *Rooker-Feldman* grounds).